IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           No. 4:18-cr-220-DPM-2

ADRIANA MITCHELL                                                     DEFENDANTS

## ORDER

Motion, *Doc. 44*, granted. The Indictment is dismissed with prejudice as to Adriana Mitchell.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2020